

701 South Main Street, Greenville South Carolina 29601
Phone:  (864) 679-3232          Fax:  (864) 679-3260
www.sclegal.org | www.lawhelp.org/sc | www.probono.net/sc

June 27, 2013

The Honorable Robert Bryan Harwell
Judge, United State District Court
District of South Carolina
401 West Evans Street
Florence, South Carolina 29501

      **RE:**   *Denise Divetro vs. GEM Management, Myrtle Beach Housing Authority*
             C.A. No. 4:13-cv-1878-RBH-KDW

Dear Judge Harwell,


The parties in the above-captioned civil action were before you on June 3, 2014, for argument regarding motions pending before the Court.  During argument the parties informed the Court that on April 7, 2014, the Circuit Court for Horry County, South Carolina, filed an order requiring the Myrtle Beach Magistrate Court to submit within thirty (30) days a return and record of the summary ejectment action heard by that court on April 11, 2013.

Your honor requested that the parties inform the Court the status of the State action.  I have conferred with counsel for Defendant GEM Management and can confirm that as of today's date the Myrtle Beach Magistrate's Court has not filed a return or record of the summary ejectment with the Circuit Court.

With kindest regards, I remain


                                          Very truly yours,



                                          /s/ Michael S. Gambrell
                                          Attorney for Plaintiff

/msg

